UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

FEIGIE SCHWARTZ on behalf of herself and        **Index No. CV-12-4631**
all other similarly situated consumers

                                                     **NOTICE OF VOLUNTARY**
                         Plaintiff,                  **DISMISSAL WITH**
                                                     **PREJUDICE**

-against-


LAW OFFICES OF HAROLD E. SCHERR, P.C.

                         Defendant.

_____

       **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  Brooklyn, New York
         October 18, 2012

                                                          __/s/_____
                                                          Maxim Maximov, Esq.
                                                          Maxim Maximov, LLP
                                                          Attorney for the Plaintiff
                                                          1600 Avenue M, 2nd Floor
                                                          Brooklyn, NY 11230
                                                          Office: (718) 395-3459
                                                          Facsimile: (718) 408-9570
                                                          E-mail: mmaximov@mmaximov.com